**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ANTONIO ROBINSON**                                                                                          **PETITIONER**
**ADC # 110422**

v.                                             **CASE NO. 5:14CV00343 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                            **RESPONDENT**

### ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray and petitioner Antonio Robinson's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD are hereby adopted in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] filed by Antonio Robinson is dismissed with prejudice, and his motion for declaratory judgment [Doc. No. 10] is denied as moot. As there is no issue on which Robinson has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 19th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE